# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David James Sainz | ) Case No: CR11-894-001, 11-712-002, 11-640-003-BLF |
| | ) USM No: 16405-111 |
| Date of Original Judgment:          11/15/2012 | ) |
| Date of Previous Amended Judgment:   10/31/2014 | ) Carmen Smarandoiu (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     120     months **is reduced to**     time served     .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     10/31/2014     shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  Sept 20, 2019

Judge's signature

Effective Date: _____
*(if different from order date)*

Honorable Beth Labson Freeman, U.S. District Judge
*Printed name and title*